IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pollak, Deanna L

Printed: 03/17/09

Case Number:  06 B 06627
Judge:  Goldgar, A. Benjamin
Filed:  6/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: February 3, 2009
Confirmed:  October 10, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,600.00 |  |
| Secured: |  | 11,351.21 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 748.79 |
| Other Funds: |  | 0.00 |
| Totals: | 13,600.00 | 13,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas M Britt PC | Administrative | 1,500.00 | 1,500.00 |
| 2. | Capital One Auto Finance | Secured | 5,385.73 | 2,943.00 |
| 3. | George Washington Savings Bank | Secured | 23,116.66 | 8,408.21 |
| 4. | Commonwealth Edison | Unsecured | 1,549.86 | 0.00 |
| 5. | Capital One | Unsecured | 1,319.17 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 0.52 | 0.00 |
| 7. | Midtown Dental Clinic | Unsecured | 239.52 | 0.00 |
| 8. | Capital One | Unsecured | 2,733.81 | 0.00 |
| 9. | Comcast | Unsecured |  | No Claim Filed |
| 10. | Wow Internet | Unsecured |  | No Claim Filed |
| 11. | Prairie State College | Unsecured |  | No Claim Filed |
| 12. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,845.27 | $ 12,851.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 196.79 |
| 5.4% | 324.00 |
| 6.5% | 195.00 |
| 6.6% | 33.00 |
|  | $ 748.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pollak, Deanna L | Case Number:  06 B 06627 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/17/09 | Filed:  6/7/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*